IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LARRY NELSON ROBINSON                                        PLAINTIFF

VERSUS                                            Civil Action No. 3:08cv740 HTW-LRA

AMERICAN ZURICH INSURANCE COMPANY                  DEFENDANT

## **CONSENT ORDER OF DISMISSAL WITH PREJUDICE**

It appearing to the Court from statements of counsel that all things and matters in controversy between the parties hereto have been fully and finally compromised and settled, it is, therefore,

ORDERED that this action be, and the same is hereby dismissed with prejudice, with each party to bear his, her, or its own costs, including discretionary costs.

SO ORDERED on this the 29th day of July, 2009.

                                                               s/ HENRY T. WINGATE
                                                               CHIEF UNITED STATES DISTRICT JUDGE

Agreed to and approved by:

s/Henry B. Zuber, III                                s/ Jeffrey S. Dilley
Henry B. Zuber, III (Bar # 9534)                Jeffrey S. Dilley (Bar # 6127)
Attorney for Larry Nelson Robinson           Attorney for American Zurich Ins. Co.